**FILED**

08/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0051

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## SUPREME COURT CAUSE NO. DA 21-0051

| | | |
|---|---|---|
| STATE OF MONTANA, | ) | |
| | ) | |
|     Plaintiff/Appellee | ) | ORDER FOR ADDITIONAL |
| | ) | TIME FOR FILING |
|     v. | ) | OPENING BRIEF |
| | ) | |
| MICHAEL BONACORSI, | ) | |
| | ) | |
|     Defendant/Appellant. | ) | |

Upon review of the Defendant/Appellant's Fourth Motion for Additional Time for Filing Opening Brief and good cause therefrom;

It is hereby ORDERED that the Defendant/Appellant shall have an additional thirty (30) days from August 16, 2021, due date to file their Opening Brief for the Defendant/Appellant. The Opening Brief will be due September 16th, 2021.

CC:  Jami Rebsom
     Attorney General
     Kendra Lassiter – Park County Attorney

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2021